IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: BRUCIE KALINE MOORE, | § | CASE NO. 20-60040 |
| Debtor. | § | CHAPTER 7 |

CROSS NOTICE OF BANKRUPTCY RULE 2004 EXAMINATION OF BRUCIE K. MOORE

TO: Brucie K. Moore, by and through her attorney of record, Timothy D. Japhet, P.O. Box 2419, Corpus Christi, TX 78403; Email: tdjaphet@gmail.com.

PLEASE TAKE NOTICE that, in accordance with Rules 2004 of the Local and Federal Rules of Bankruptcy Procedure, Robert Guzman ("Guzman"), will take the Bankruptcy Rule 2004 Cross Examination ("2004 Examination") of Brucie K. Moore ("Debtor"). The 2004 Examination will be taken before an officer authorized by law to administer oaths, on February 26, 2021, at 1:00 p.m. and continuing from business day to business day thereafter until completed, at the offices Jordan, Holzer & Ortiz, P.C., 500 N. Shoreline Blvd., Suite 900, Corpus Christi, TX. 78401.

Please take further notice that, this 2004 Cross Examination will be recorded by audio and video recordings.

    Respectfully submitted,

    */s/ Nathaniel Peter Holzer*
    Nathaniel Peter Holzer
    State Bar No. 00793971; SD #21503
    **JORDAN, HOLZER & ORTIZ, P.C.**
    500 North Shoreline Blvd, Suite 900
    Corpus Christi, TX 78401-0341
    Telephone:   361.884.5678
    Facsimile:   361.888.5555
    Email: pholzer@jhwclaw.com
    **ATTORNEYS FOR ROBERT GUZMAN**

## CERTIFICATE OF SERVICE

I certify that on January 27, 2021, a true and correct copy of the foregoing was served to those parties listed below as shown.

<u>Via US first class mail, postage prepaid</u>:
Brucie Kaline Moore
15169 FM 1224
Goliad, TX 77963

Trident Exploration GP
800 N. Shoreline, Ste. 300 N
Corpus Christi, TX 78401

Brenda Medler
2010 Desmond Cove
Germantown, TN 38139-4203

<u>Via ECF:</u>

Christopher R Murray
Jones Murray & Beatty LLP
4119 Montrose Blvd., Ste. 230
Houston, TX 77006-4964

Timothy Japhet
Law Office of Dan Japhet
PO Box 2419
Corpus Christi, TX 78403-2419

US Trustee
515 Rusk, Ste. 3516
Houston, TX 77002

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Katherine T. Hopkins
Johan Gustaf Soederbaum
Kelly Hart & Hallman, LLP
201 Main St., Ste. 2500
Fort Worth, TX 76102

Julie Koenig
Cooper & Scully, PC
815 Walker, Suite 1040
Houston, TX 77002

/s/ *Nathaniel Peter Holzer*
Nathaniel Peter Holzer